# Court of Appeals
# of the State of Georgia

ATLANTA,___March 02, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A0971. CHRISTOPHER H. CARTER v. DEKALB COUNTY, GEORGIA et al.

Christopher Carter sought a declaratory judgment and a mandamus requiring DeKalb County to issue a certificate of appropriateness to allow him to make a material change to property located within a historic district. After the court ruled against him, Carter filed this direct appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). Because this case involves the denial of a request for mandamus relief, jurisdiction lies in the Supreme Court. See *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___03/02/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*